UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK     ECF
------------------------------------------------------------------------X
TRUSTEES OF THE UNITED WIRE METAL
AND MACHINE HEALTH & WELFARE FUND, UNITED     Index # 08 CIV1647(AHK)
WIRE METAL AND MACHINE PENSION FUND, and the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
LOCAL UNION 810,

                                   Plaintiffs,               RULE 7.1

    -against-


HUNTERSPOINT STEEL LLC.,

                                   Defendant.
------------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

    None.


Dated: February 14, 2008

                                                  S/Karin Arrospide, Esq.
                                                  Karin Arrospide, Esq. (KA9319)
                                                  Barnes, Iaccarino, Virginia,
                                                  Ambinder & Shepherd
                                                  258 Saw Mill River Road
                                                  Elmsford, NY 10523
                                                  (914) 592-1515