## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08CIV.1647                                                                 Purchased/Filed: February 19, 2008
STATE OF NEW YORK       UNITED STATES DISTRICT COURT                               SOUTHERN DISTRICT

Trustees Of The United Wire Metal and Machine Health & Welfare Fund, et al        Plaintiff

against

Huntspoint Steel LLC                                                              Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 26, 2008_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons In A Civil Action and Complaint

on

_____Huntspoint Steel LLC_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___303 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___38___   Approx. Wt: ___145___   Approx. Ht: ___5'5"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

__28th__ day of _____February, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0801915

SERVICO, INC. • PO BOX 871 • ALBANY, NEW YORK 12201 • PH 518-463-4179