ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

**Memorandum Endorsement**

Trustees of the United Wire Metal and Machine Health & Welfare Fund et al. v. Hunterspoint Steel LLC, 08 civ. 1647 (LLS)

    Plaintiffs moves for a judgment by default against defendant pursuant to Fed. R. Civ. P. 55 and S.D.N.Y. Local Civ. R. 55.2.

    It sufficiently appears that on February 26, 2008 proper service of the summons and complaint was made on the defendant (by personal service of process on defendant's authorized agent in the Office of the New York Secretary of State in accordance with N.Y. Limited Liability Company Law § 303), that the defendant has not answered, that the time for answering has expired, and that judgment for plaintiffs should be entered on default.

    The claims alleged in the complaint are respectfully referred to Magistrate Judge Dolinger to hear and determine the amount of damages that he recommends be awarded to plaintiffs, together with the amounts of any liquidated damages, attorney's fees, pre-judgment interest, and costs and disbursements sought by plaintiffs.

    So ordered.

Dated: April 8, 2008
       New York, New York

                                  *Louis L. Stanton*
                                  Louis L. Stanton
                                      U.S.D.J.