UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
TRUSTEES OF THE UNITED WIRE METAL   :
AND MACHINE HEALTH& WELFARE FUND    :
et al.                              :
                                    :
            Plaintiffs,             :
                                    :        ORDER
      -against-                     :
                                    :        08 Civ. 01647 (MHD)
HUNTERSPOINT STEEL L.L.C.,          :
                                    :
            Defendant.              :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a pre-inquest conference has been scheduled in the above-captioned action on **THURSDAY, MAY 15, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:**  New York, New York
         April 28, 2008

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Karin Arrospide, Esq.
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, P.L.L.C.
258 Saw Mill River Road
Elmsford, NY 10523