# BARNES, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1408
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

May 14, 2008

VIA FACSIMILE TRANSMISSION ONLY
(212) 805-7928
Chambers of the Honorable Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Trustees of the United Wire, et al. vs. Hunterspoint Steel, 08 Civ. 1647 (MHD)

Dear Judge Dolinger:

This firm represents Plaintiff Trustees in the above-referenced matter and I write to request an adjournment and/or cancellation of the pre-inquest conference presently scheduled to proceed before Your Honor on Thursday, May 15, 2008 at 10:00 a.m..

Defendant has not formally appeared in this matter through counsel; however, I have communicated with Defendant's principal in an attempt to resolve this matter without need of judicial intervention.

The parties are engaged in settlement discussions and it appears that Plaintiffs will file a Notice of Voluntary Dismissal shortly.

Accordingly, I respectfully request that Your Honor adjourn and/or cancel the pre-inquest conference and issue a deadline for completion of this matter.

Thank you.

Respectfully submitted,

Karin Arrospide, Esq.

ENDORSED ORDER

The scheduled conference is adjourned without date. Plaintiff's attorney is to provide a written status report to the court by May 30, 2008.

[signature] 5/14/08

# BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
## ATTORNEYS AT LAW
258 Saw Mill River Road
Elmsford, NY 10523
Telephone: (914) 592-1515, EXT. 103 - Fax: (914) 592-3213
Sender's e-mail address: karrospide@bivaslaw.com

## *FACSIMILE TRANSMISSION*

*** THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS CONFIDENTIAL AND IS INTENDED FOR THE RECIPIENT ONLY. IF THIS FACSIMILE WAS RECEIVED IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE COPY SENT IN ERROR. THANK YOU. ***

DATE:     May 14, 2008

TO:       Chambers of the Honorable Michael H. Dolinger

FAX #:    (212) 805-7928

FROM:     Karin Arrospide

RE:       08 Civ. 1647 (MHD)

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2

NOTES:    Thank you.

TO N.Y.C.P.L.R. 2103(b)(5). THE ELECTRONIC TRANSMITTAL TELEPHONE NUMBER OF THIS OFFICE HAS NOT BEEN DESIGNATED AS A PROPER NUMBER FOR THE SERVICE OF DOCUMENTS OR PAPERS IN THIS PROCEEDING. SERVICE SHOULD BE ACCOMPLISHED PURSUANT TO ANOTHER PARAGRAPH OF RULE 2103(b).