**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRUSTEES OF THE UNITED WIRE METAL AND
MACHINE HEALTH & WELFARE FUND and
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL 810,

       Plaintiffs,

  -and-

HUNTERSPOINT STEEL, LLC.

       Defendant.
-----------------------------------------------------------x

Index No.: 08 Civ. 1647
(LLS)(MHD)

**VOLUNTARY NOTICE
OF DISMISSAL & ORDER**

  PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) Plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: June 30, 2008
   Elmsford, New York

            By: _____
            Karin Arrospide, Esq. (KA9319)
            Attorney for Plaintiffs
            BARNES, IACCARINO, VIRGINIA,
            AMBINDER & SHEPHERD, PLLC
            258 Saw Mill River Road
            Elmsford, New York 10523
            (914) 592-1515

SO ORDERED

_____
Honorable Louis L. Stanton., U.S.D.J.

July 7, 2008